Todd Gragg
621 vale st
Kansas City, Kansas 66103

FILED
U.S. District Court
District of Kansas

SEP 19 2022

Clerk, U.S. District Court
By_____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DITRICT OF KANSAS (KANSAS CITY)

| | |
|---|---|
| TODD GRAGG<br><br>Plaintiff,/Father<br><br>vs.<br><br># 1-VERITAS H.H.S.-K.C.<br><br># 2-MAXIMUS K.C.<br><br># 3 LAURA KELLY (GOV)<br><br># 4 DEREK SCHMIDT (A.G.)<br><br># 5 DANIEL SOPTIC (SHERIFF)<br><br># 6 KRISTI HILL (COURT CLERK)<br><br># 7 WILLIAM MAHONEY (JUDGE)<br><br># 8 JAMES P. BLOMBERG (HEARING OFFICER) | Case No.: 2:22-cv-02292-JWB-TJJ<br><br>NOTICE OF MOTION<br>OBJECTION<br>DEMAND DISMISSAL ON THE GROUNDS THAT STATEMENTS OF COUNSEL IN THEIR BRIEFS OR ARGUMENT WHILE ENLIGHTENING TO THE COURT ARE NOT SUFFICIENT FOR PURPOSES OF GRANTING A MOTION TO DISMISS<br>TAKE JUDICIAL NOTICE UNDER FEDERAL RULE 201(c)(2) OF EVIDENCE OF AN ADJUDICATED FACT TRINSEY V PAGLIARO, 229 F. SUPP. 647 - DIST. COURT, ED PENNSYLVANIA 1964 |

1
NOTICE OF MOTION OBJECTION DEMAND DISMISSAL ON THE GROUNDS THAT STATEMENTS OF COUNSEL IN THEIR BRIEFS OR ARGUMENT WHILE ENLIGHTENING TO THE COURT ARE NOT SUFFICIENT FOR PURPOSES OF GRANTING A MOTION TO DISMISS TAKE JUDICIAL NOTICE UNDER FEDERAL RULE 201(C)(2) OF EVIDENCE OF AN ADJUDICATED FACT TRINSEY V PAGLIARO, 229 F. SUPP. 647 - DIST. COURT, ED PENNSYLVANIA 1964 -

| Defendant/Company |

# NOTICE OF MOTION

# OBJECTION

# DEMAND DISMISSAL ON THE GROUNDS THAT STATEMENTS OF COUNSEL IN THEIR BRIEFS OR ARGUMENT WHILE ENLIGHTENING TO THE COURT ARE NOT SUFFICIENT FOR PURPOSES OF GRANTING A MOTION TO DISMISS

# TAKE JUDICIAL NOTICE UNDER FEDERAL RULE 201(c)(2) OF EVIDENCE OF AN ADJUDICATED FACT TRINSEY V PAGLIARO, 229 F. SUPP. 647 - DIST. COURT, ED PENNSYLVANIA 1964

Comes now, the Plaintiff/Father Todd Gragg is a living man with blood running through his body and one of the people of the several states and it is an adjudicated fact that the people of the several states are unconditionally sovereign within the boundaries of this state.[1]

---

[1] *"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states."* **Ohio Life Ins. & Trust Co. v. Debolt, 57 US 416 - Supreme Court 1854**.

2

The undersigned Plaintiff/father is moving a notice of motion on the grounds that a recent opposition pleadings for dismissal filed by Stephen O. Phillips , Sergio Delgado, Joni Cole , Anthony E. Valenti - must be dismissed.

The dismissal is required on the grounds that statements of counsel in their briefs or argument while enlightening to the Court are not sufficient for purposes of granting a motion to dismiss or summary judgment. [2]

**THIS COURT AND ITS PRESIDING OFFICIAL ARE SANCTIONED AND LIMITED BY A WRITTEN STATE CONSTITUTION AND OATH OF OFFICE AND THEREBY ANY ACT NOT IN ACCORDANCE WITH THE STATE CONSTITUTION AND OATH OF OFFICE IS LIABLE FOR PERSONAL DAMAGES**

---

2 *"Statements of counsel in their briefs or argument while enlightening to the Court are not sufficient for purposes of granting a motion to dismiss or summary judgment."* **Trinsey v. Pagliaro, 229 F. Supp. 647 – Dist. Court, ED Pennsylvania 1964**

1. This court is sanctioned and limited by the state constitution and thereby this court is required by duty to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon.[3]

2. The presiding official is an officer of the court bound by oath of office to support and defend the state constitution as well as constitution for the United States of America.

3. Any act not in accordance with the oath of office is evidence of the presiding official vacating the office of a public official and losing immunity by acting in private capacity.

# INVOKING ARTICLE 4 SECTION 2 FULL FAITH AND CREDIT CLAUSE AND PRIVILEGES AND IMMUNITIES CLAUSE OF THE CONSTITUTION FOR THE UNITED STATES OF AMERICA

1. It is a conclusion of law under the Full Faith and Credit Clause under Article 4 Section 2 The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

---

[3] It is the duty of courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon" *Byars v. United States, 273 U.S. 28 (1927)*

4

2. Under Full Faith and Credit Clause under Article 4 Section 1 of the U.S. Constitution this court must honor judgments by courts within the territories of the United States of America, especially the highest court on the land The Supreme Court of the United States.

3. The undersigned Plaintiff/Father is requiring this court to take judicial and administrative notice under federal rule 201(c)(2) of adjudicated fact *Trinsey v. Pagliaro, 229 F. Supp. 647 – Dist. Court, ED Pennsylvania 1964* which held *"statements of counsel in their briefs or argument while enlightening to the Court are not sufficient for purposes of granting a motion to dismiss or summary judgment."*

4. Therefore, this adjudicated fact must be given full faith and credit by this court and requiring this court to dismiss the motion to dismiss filed by the plaintiff's attorney Stephen O. Phillips, Sergio Delgado, Joni Cole, and Anthony E. Valenti.

5
NOTICE OF MOTION OBJECTION DEMAND DISMISSAL ON THE GROUNDS THAT STATEMENTS OF COUNSEL IN THEIR BRIEFS OR ARGUMENT WHILE ENLIGHTENING TO THE COURT ARE NOT SUFFICIENT FOR PURPOSES OF GRANTING A MOTION TO DISMISS TAKE JUDICIAL NOTICE UNDER FEDERAL RULE 201(C)(2) OF EVIDENCE OF AN ADJUDICATED FACT TRINSEY V PAGLIARO, 229 F. SUPP. 647 - DIST. COURT, ED PENNSYLVANIA 1964 -

## THE PLAINTIFF Todd Gragg/FATHER IS NOT A LEGAL PROFESSIONAL AND THEREFORE HIS PLEADINGS MUST NOT BE HELD TO THE STANDARDS OF A LEGAL PROFESSIONAL AND THEREFORE THE CLERKS OFFICE MUST ACCEPT POSSESSION OF PLEADINGS REGARDLESS OF LOCAL RULES

1. The undersigned Plaintiff/father is not a legal professional and therefore this court must not hold his pleadings to the standard of a legal professional.

2. It is a fact hearsay by an unsworn officer of the court is not admissible and must not be given consideration by this court and therefore this court must dismiss a notice of motion filed under affirmation.

3. The clerk's office must accept possession and file pleadings regardless of local rules and thereby cannot refuse to accept possession under the claim of local rules. The standard for the clerk's office to accept possession and file pleadings can be found under _United States v. Lombardo, 241 U.S. 73, 76-77, 36 S.Ct. 508, 60 L.Ed. 897 (1916)._[4]

---

[4] "Lombardo has long been considered as establishing the "physical delivery" rule such that the date of delivery is the date of filing for statutory purposes. See, e.g., Wiggins v. Internal Revenue Service, 59 A.F.T.R.2d 87-445, 87-1 USTC P 9180, 1986 WL 15574, *2 (D.Md.1986).

6

# THIS COURT IS PRESENTED WITH EVIDENCE OF ADJUDICATED FACTS THAT SUPPORT THE IMMEDIATE DISMISSAL OF OPPOSITION PAPERS FILED BY PLAINTIFF'S ATTORNEY

Dated this 19th of September, 2022.

9-19-2022

Todd Gragg

*Todd Gragg* (signature)

For some reason it appears that the people that are representing the parties in this case are ignorant of the law and when you're dealing with a court proceeding ignorance of the law is no defense, we have a non-judicial hearing officer doing judicial acts by the advice of a hired staff attorney by the two companies Veritas and Maximus, there is never a prosecutor in those hearings only staff attorneys, The non-judicial officer signs one page illegal and unlawful warrants, notifies the sheriffs department and that illegal warrant is entered into a glass screen called a capias warrant, The United States Supreme Court ruled that a notice of a warrant is not a warrant especially when it's illegal, and what happens is when you have interaction with law-enforcement and they find out there is a glass screen capias illegal warrant I get incarcerated and on my way in they look in my rectum, so maybe that will give you a little bit better picture of what I am pursuing.

I will give dates and times at pre-trial ( im not a lawyer)

7
NOTICE OF MOTION OBJECTION DEMAND DISMISSAL ON THE GROUNDS THAT STATEMENTS OF COUNSEL IN THEIR BRIEFS OR ARGUMENT WHILE ENLIGHTENING TO THE COURT ARE NOT SUFFICIENT FOR PURPOSES OF GRANTING A MOTION TO DISMISS TAKE JUDICIAL NOTICE UNDER FEDERAL RULE 201(C)(2) OF EVIDENCE OF AN ADJUDICATED FACT TRINSEY V PAGLIARO, 229 F. SUPP. 647 - DIST. COURT, ED PENNSYLVANIA 1964 -